UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF NEW HAMPSHIRE

United States of America,
    Plaintiff

v.

Case No. 13-cr-24-01-SM

Delio Morales,
    Defendant

## O R D E R

Defendant Morales's Motion to Continue the final pretrial conference and trial for 30 days is granted (document no. 11). Trial has been rescheduled for the month of August 2013. Defendant Morales shall file a waiver of speedy trial rights not later than July 1, 2013. On the filing of such waiver, his continuance shall be effective.

The Court finds that the ends of justice served by granting a continuance outweigh the best interest of the public and the defendant in a speedy trial, 18 U.S.C. § 3161(h)(7)(A) and (B), in that failure to grant a continuance would unreasonably deny the defendant the reasonable time necessary for effective preparation taking into account the exercise of due diligence under the circumstances.

Final Pretrial Conference is rescheduled for August 1, 2013 at 4:00 p.m.

Jury selection will take place on August 20, 2013 at 9:30 a.m.

SO ORDERED.

/s/ Steven J. McAuliffe
Steven J. McAuliffe
United States District Judge

June 24, 2013

cc: Behzad Mirhashem, Esq.
Alfred J.T. Rubega, AUSA
U.S. Marshal
U.S. Probation